ORDERED.

Dated: December 21, 2015

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   WILNER & MALTIDE TANIS           CASE NO.: 6:15-bk-05315-KSJ

     Debtors.
_____/

**ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER STRIPPING LIEN OF
SENECA MORTGAGE SERVICING, LLC
EFFECTIVE UPON DISCHARGE, AS RELATED TO
DEBTOR'S HOMESTEAD PROPERTY LOCATED AT
2749 FIELDSTONE COURT, ORLANDO, FLORIDA 32839, ORANGE COUNTY, AND
FOR DETERMINATION THAT THE DEBTOR'S
LIEN IS WHOLLY IS UNSECURED**

THIS CASE came on for hearing on December 15, 2015 on the Debtor's Motion to Strip Lien **SENECA MORTGAGE SERVICING, LLC** (the "Motion") (Doc. No. 19) pursuant to negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested.

The real property (the "Real Property") that is the subject of the motion is located at **2749 FIELDSTONE COURT, ORLANDO, FL 32839**, and more particularly described as follows:

ALL THAT CERTAIN PROPERTY SITUATED IN THE CITY OF ORLANDO IN THE COUNTY OF ORANGE AND STATE OF FLORIDA AND VEING DESCRIBED IN A DEED DATED 11/09/2009 AND RECORDED 11/10/2000 IN BOOK 6128 PAGE 3179 AMOUNT THE LAND RECORDS OF THE COUNTY AN D STATE SET

FORTH ABOVE AND REFERENCED AS FOLLOWS: LOT 35, SUBDIVISION OAK HILL MANOR, PLAT BOOK 2, PLAT PAGE 39.

Accordingly, it is hereby

ORDERED:

1. The Motion To Strip Lien of **SENECA MORTGAGE SERVICING, LLC** and for Determination that the Claim is Unsecured is GRANTED.

2. That the junior lien on Debtor's real property, in favor of **SENECA MORTGAGE SERVICING, LLC** as related to Debtor's property located at **2749 FIELDSTONE COURT, ORLANDO, FL 32839** which is legally described as:

ALL THAT CERTAIN PROPERTY SITUATED IN THE CITY OF ORLANDO IN THE COUNTY OF ORANGE AND STATE OF FLORIDA AND VEING DESCRIBED IN A DEED DATED 11/09/2009 AND RECORDED 11/10/2000 IN BOOK 6128 PAGE 3179 AMOUNT THE LAND RECORDS OF THE COUNTY AN D STATE SET FORTH ABOVE AND REFERENCED AS FOLLOWS: LOT 35, SUBDIVISION OAK HILL MANOR, PLAT BOOK 2, PLAT PAGE 39.

(the "Lien") is hereby stripped.

3. Claim No. 1 filed by **SENECA MORTGAGE SERVICING, LLC , **or its successors and/or assigns, and as related to the Debtor's second mortgage on the above described property, shall be treated as an unsecured claim.

4. That the subject lien, recorded in the Public Records of ORANGE County in the Official Records Book 08513, Page 3569 on March 7, 2006, shall be deemed void, and automatically extinguished pursuant to 11 USC 506(d) upon entry of an Order of Discharge.

Attorney Camille Sebreth is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.